1  MARSHALL, GERSTEIN & BORUN LLP
   Thomas L. Duston (admitted *pro hac vice*)
2  Michael R. Weiner (admitted *pro hac vice*)
   6300 Sears Tower
3  233 South Wacker Drive
   Chicago, IL 60606-6357
4  T:  (312) 474-6300
   F:  (312) 474-0448
5  E-Mail:  **tduston@marshallip.com**
   E-Mail:  **mweiner@marshallip.com**
6
   Michael F. Kelleher (CSB No. 165493)
7  FOLGER LEVIN & KAHN LLP
   275 Battery Street, 23rd Floor
8  San Francisco, CA  94111
   T:  (415) 986-2800
9  F:  (415) 986-2827
   E-Mail:  **mkelleher@flk.com**
10
   Counsel for Defendant
11 VPS, LLC (dba VIRTUAL PHOTO STORE, LLC)

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                            OAKLAND DIVISION
15

16 SMUGMUG, INC.,                      )
                                       )
17       Plaintiff,                    )
                                       )   Case No. 09-CV-02255 CW
18    vs.                              )
                                       )   District Judge Claudia Wilken
19 VIRTUAL PHOTO STORE, LLC (dba       )
   VPS, LLC)                           )   **STIPULATED REQUEST FOR**
20                                     )   **ORDER CHANGING TIME**
         Defendant.                    )
21                                     )

22

23       Plaintiff Smugmug, Inc. ("Smugmug") and Defendant VPS, LLC (d/b/a Virtual

24 Photo Store, LLC) ("VPS") hereby submit the following stipulated request for an

25 order changing time under Local Rule L.R. 6-2, requesting that the Court reschedule

26 the deadlines set forth below.

27       1.  On June 1, 2009, this Court entered its initial Case Management and

28 Scheduling Order setting a case management conference for September 29, 2009.

**Stipulated Request for Order Changing Time**
**Case No. 09-cv-02255 CW**

That order further required the submission of a joint Case Management Statement on September 22, 2009.

2. On June 11, 2009, Defendant VPS timely filed its Motion to Dismiss based upon an alleged lack of personal jurisdiction.

3. In orders dated August 13, 2009 (Dkt. No. 34) and July 16, 2009 (Dkt. No. 28), as well as oral orders issued from the bench during a hearing held July 16, 2009, the Court granted Smugmug's motion for certain jurisdictional discovery. The Court directed that Plaintiff Smugmug file a further opposition brief relating to VPS's motion on or before August 27, 2009. The Court directed VPS to file a response thereto on or before September 3, 2009.

4. Pursuant to the Court's order providing for the service of jurisdictional discovery on July 30, 2009 and the service of VPS's responses on August 13, 2009, Smugmug served its interrogatories and document requests on July 30, 2009 and VPS served written responses to these requests and produced certain documents on August 13, 2009.

5. VPS believes that it has certain confidentiality obligations to third parties who are parties to discoverable documents, and those confidentiality obligations have delayed VPS's ability to produce discoverable documents to Smugmug by August 13, 2009. VPS believes it can complete its production of documents to Smugmug by September 4, 2009.

6. Due to the timing of VPS's production of documents, Smugmug has requested, and VPS has agreed to permit, additional time to prepare its supplemental opposition to the VPS motion to dismiss.

7. Accordingly, the parties request that the following case deadlines be rescheduled by the Court, as indicated below:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| SmugMug's Supplemental Opposition Brief | August 27, 2009 | September 14, 2009 |
| VPS's Supplemental Reply Brief | September 3, 2009 | September 21, 2009 |
| Case Management Statement | September 22, 2009 | 7 days before Case Management Conference |
| Case Management Conference | September 29, 2009 | on or after October 20, 2009 |

Date:  August 25, 2009

Respectfully submitted,

/s/ Jeffrey L. Fillerup
Jeffrey L. Fillerup (SBN: 120543)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA  94105-1582
T:  (415) 356-4600
E-Mail:  jfillerup@luce.com

Mark H. Krietzman (SBN: 126806)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2050 Main Street, Suite 600
Irvine, CA  92614
T:  (949) 732-3700
E-Mail:  mkrietzman@luce.com

Counsel for Plaintiff
*SMUGMUG, INC.*

/s/ Michael R. Weiner
Thomas L. Duston
Michael R. Weiner
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
T :  (312) 474-6300
E-Mail:  tduston@marshallip.com
E-Mail:  mweiner@marshallip.com

Michael F. Kelleher (CSB No. 165493)
FOLGER LEVIN & KAHN LLP
275 Battery Street, 23rd Floor
San Francisco, CA  94111
T:  (415) 986-2800
F:  (415) 986-2827
E-Mail:  **mkelleher@flk.com**

Counsel for Defendant
*VPS, LLC (dba VIRTUAL PHOTO STORE, LLC)*

- 3 -

**Stipulated Request for Order Changing Time**
**Case No. 09-cv-02255 CW**

PURSUANT TO STIPULATION, THE COURT ORDERS THE FOLLOWING REVISED SCHEDULE:

| Event | Revised Deadline |
|---|---|
| SmugMug's Supplemental Opposition Brief | September 14, 2009 |
| VPS's Supplemental Reply Brief | September 21, 2009 |
| Case Management Statement | 7 days before Case Management Conference |
| Case Management Conference | October 20, 2009 at 2:00 p.m. |

IT IS SO ORDERED.

Dated: \_\_\_8/27_____, 2009      _____
                                                         District Judge Claudia Wilken

- 4 -

**Stipulated Request for Order Changing Time**
**Case No. 09-cv-02255 CW**