1  MARSHALL, GERSTEIN & BORUN LLP
   Thomas L. Duston (admitted *pro hac vice*)
2  Michael R. Weiner (admitted *pro hac vice*)
   6300 Sears Tower
3  233 South Wacker Drive
   Chicago, IL 60606-6357
4  T: (312) 474-6300
   F: (312) 474-0448
5  E-Mail: **tduston@marshallip.com**
   E-Mail: **mweiner@marshallip.com**
6
   Michael F. Kelleher (CSB No. 165493)
7  FOLGER LEVIN & KAHN LLP
   275 Battery Street, 23rd Floor
8  San Francisco, CA 94111
   T: (415) 986-2800
9  F: (415) 986-2827
   E-Mail: **mkelleher@flk.com**
10
   Counsel for Defendant
11 VPS, LLC (dba VIRTUAL PHOTO STORE, LLC)

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                          OAKLAND DIVISION
15

16 SMUGMUG, INC.,                  )
                                   )
17         Plaintiff,              )
                                   )  Case No. 09-CV-02255 CW
18     vs.                         )
                                   )  District Judge Claudia Wilken
19 VIRTUAL PHOTO STORE, LLC (dba   )
   VPS, LLC)                       )  **STIPULATED REQUEST FOR**
20                                 )  **ORDER CHANGING TIME**
           Defendant.              )
21                                 )

22

23     Plaintiff Smugmug, Inc. ("Smugmug") and Defendant VPS, LLC (d/b/a Virtual

24 Photo Store, LLC) ("VPS") hereby submit the following stipulated request for an

25 order changing time under Local Rule L.R. 6-2, requesting that the Court reschedule

26 the deadlines set forth below.

27     1. On August 27, 2009, this Court entered a stipulated request for an order

28 changing time (Dkt. 36), which scheduled a Case Management Conference for

**Stipulated Request for Order Changing Time**
**Case No. 09-cv-02255 CW**

1  October 20, 2009.  That order further required the submission of a joint Case
2  Management Statement on October 13, 2009.
3    2. On June 11, 2009, Defendant VPS timely filed a Motion to Dismiss
4  based upon an alleged lack of personal jurisdiction.
5    3. The August 27, 2009 Order further set deadlines for SmugMug to file a
6  supplemental opposition brief to the VPS motion to dismiss (September 14, 2009) and
7  for VPS to file a supplemental reply brief (September 21, 2009).  Dkt. 36.  The parties
8  filed their supplemental briefs according to the schedule set by the Court.
9    4. The motion to dismiss has now been fully briefed and the Court has not
10 yet ruled on the motion.
11   5. The Parties request that the Court reschedule the Case Management
12 Conference to allow sufficient time for the Court to consider and rule on pending
13 motions.

- 2 -

**Stipulated Request for Order Changing Time**
**Case No. 09-cv-02255 CW**

6. Accordingly, the parties request that the following case deadlines be rescheduled by the Court, as indicated below:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Case Management Statement | October 13, 2009 | 7 days before Case Management Conference |
| Case Management Conference | October 20, 2009 | on or after November 17, 2009 |

Date:  October 8, 2009

Respectfully submitted,

/s/ Mark H. Krietzman
Jeffrey L. Fillerup (SBN: 120543)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA  94105-1582
T:  (415) 356-4600
E-Mail:  jfillerup@luce.com

Mark H. Krietzman (SBN: 126806)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2050 Main Street, Suite 600
Irvine, CA  92614
T:  (949) 732-3700
E-Mail:  mkrietzman@luce.com

Counsel for Plaintiff
*SMUGMUG, INC.*

/s/ Michael R. Weiner
Thomas L. Duston
Michael R. Weiner
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
T :  (312) 474-6300
E-Mail:  tduston@marshallip.com
E-Mail:  mweiner@marshallip.com

Michael F. Kelleher (CSB No. 165493)
FOLGER LEVIN & KAHN LLP
275 Battery Street, 23rd Floor
San Francisco, CA  94111
T:  (415) 986-2800
F:  (415) 986-2827
E-Mail:  **mkelleher@flk.com**

Counsel for Defendant
*VPS, LLC (dba VIRTUAL PHOTO STORE, LLC)*

- 3 -

**Stipulated Request for Order Changing Time**
**Case No. 09-cv-02255 CW**

PURSUANT TO STIPULATION, THE COURT ORDERS THE FOLLOWING REVISED SCHEDULE:

| Event | Revised Deadline |
|---|---|
| Case Management Statement | 7 days before Case Management Conference |
| Case Management Conference | November 17, 2009 _____ |

IT IS SO ORDERED.


Dated:  __10/13_____, 2009         _____
                                        District Judge Claudia Wilken

- 4 -
**Stipulated Request for Order Changing Time**
**Case No. 09-cv-02255 CW**