IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SMUGMUG, INC.,

    Plaintiff,

  v.

VIRTUAL PHOTO STORE LLC, dba VPS, LLC,

    Defendant.

No. C 09-2255 CW

ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE

    In the October 16, 2009 Order granting Defendant Virtual Photo Store LLC's motion to dismiss Plaintiff Smugmug, Inc.'s complaint, the Court ordered Plaintiff to notify the Court within two days if Plaintiff wished the Court to transfer this case to the Northern District of Illinois (Docket No. 77).  Plaintiff has not done so.  Accordingly, Plaintiff's case is dismissed without prejudice.

    IT IS SO ORDERED.

Dated: November 19, 2009

CLAUDIA WILKEN
United States District Judge